UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    No.    1:08-MJ-47

vs.                            Hon.   Hugh W. Brenneman, Jr.
                                                  U.S. Magistrate Judge

TIMOTEO CUETO HERNANDEZ,

    Defendant.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss the complaint for unlawful flight to avoid prosecution against TIMOTEO CUETO HERNANDEZ,

Leave of court is granted for the dismissal of the complaint.

Dated: December 31, 2009

/s/ Hugh W. Brenneman, Jr.
HON. HUGH W. BRENNEMAN, Jr.
United States Magistrate Judge
Western District of Michigan